```
     UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF FLORIDA

                                      CASE NO. 11-60406-CIV-DIMITROULEAS
                                      MAGISTRATE JUDGE P.A. WHITE

TOMMY YESBICK,                       :

         Plaintiff,                  :

v.                                   :        REPORT OF
                                              MAGISTRATE JUDGE
BROWARD SHERIFF'S OFFICE,                         (DE#8)
et al.,                              :

         Defendants.                 :
_____
```

Tommy Yesbick filed a letter/motion to withdraw his civil rights complaint (DE#8). He states he must contact an eye doctor for a second opinion.

The plaintiff claimed that his eye sight deteriorated following an assault by fellow inmates in September of 2009. He filed requests for a second opinion from an eye doctor, but claims he has received no response. It is unclear whether the plaintiff wishes to dismiss this complaint because he has been scheduled to see another eye specialist.

The statute of limitations permits the plaintiff four years to file a civil rights complaint from the time he became aware of the deterioration of his eye sight. The plaintiff may dismiss this complaint without prejudice, and may re-file within the time frame permitted by the Statute of Limitations.

It is therefore recommended that the letter/motion to dismiss (DE#8) be granted and this case be dismissed without prejudice.

Objections may be filed with the District Judge within fourteen days following receipt of the Report. If the plaintiff decides to continue this lawsuit, he must state this in his objections.

If this complaint is dismissed, the Order establishing a debt of the Clerk's $350.00 filing fee should be vacated.(DE#6)

Dated at Miami, Florida, this 21st day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Tommy Yesbick, Pro Se
    Broward County Main Jail
    Address of record