UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62300-CIV-DIMITROULEAS

TOMMY YESBICK,

          Magistrate Judge White

    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE, et al,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION;**
**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon the Report and Recommendation [DE 9] of Magistrate Judge Patrick A. White, filed March 21, 2011. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate's conclusion that Plaintiff's letter/motion to dismiss [DE 8] should be granted and this case be dismissed without prejudice. The Court also agrees that, in conjunction with the dismissal of the complaint, the Order establishing a debt of the Clerk's $350.00 filing fee [DE 6]

1

should be vacated.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 9] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's letter/motion to dismiss [DE 8] is hereby **GRANTED**;

3. The above-styled action is hereby **DISMISSED without prejudice**;

3. The Clerk is hereby directed to **VACATE** the Order establishing a debt of the Clerk's $350.00 filing fee [DE 6];

4. The Clerk shall deny any pending motions as moot;

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of April, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Counsel of record

Tommy Yesbick, Pro Se
Jail #130901635
Broward County Main Jail
P.O. Box 9356
Fort Lauderdale, FL 33310